**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

JEFFREY KIM,                                          Case No.: 1:25-cv-05747-KPF

                                    Plaintiff,        **RULE 68 JUDGMENT**

            -against-

GOURMET TECH CORP. d/b/a MARCHE
MADISON, MADISON GOURMET, LTD. d/b/a
MARCHE MADISON, and KYUNG HO KIM,

                                    Defendants.
-----------------------------------------------------------------x

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants GOURMET TECH CORP. d/b/a MARCHE MADISON, MADISON GOURMET, LTD. d/b/a MARCHE MADISON, and KYUNG HO KIM (collectively, "Defendants"), having offered to allow Plaintiff JEFFREY KIM ("Plaintiff") to take a judgment against them, in the sum of Eighty Thousand Dollars and No Cents ($80,000.00), with respect to Plaintiff's claims for relief, damages, fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer, dated December 31, 2025, and filed as **Exhibit A** to Docket Number 29;

**WHEREAS**, on January 6, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (ECF Dkt. No.: 29); and

It is **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff JEFFREY KIM, in the sum of Eighty Thousand Dollars and No Cents ($80,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer, dated December 31, 2025, and filed as **Exhibit A** to Docket Number 29.

Dated: _January 7_____, 2026
         New York, New York

The Clerk of Court is directed to
terminate all pending motions, adjourn
all remaining dates, and close this
case.

_____
Hon. Katherine Polk Failla
United States District Judge

1 of 1